# UNITED STATES DISTRICT COURT
# DISTRICT OF NEVADA

EDNA CLARK,

    Plaintiff(s),

v.

ALBERTSONS, LLC,

    Defendant(s).

Case No. 2:17-cv-02186-RFB-NJK

ORDER

On January 12, 2018, the Court ordered "[a]ttorneys Lew Brandon, Jr, Matthew Whittaker, Scott Poisson, and Sean Akari . . . to read Local Rule 26-3, and to file certifications thereto by January 19, 2018." Docket No. 15. No such certifications were filed. Accordingly, attorneys Lew Brandon, Jr, Matthew Whittaker, Scott Poisson, and Sean Akari are again **ORDERED** to file certifications that they have read Local Rule 26-3, this time by January 24, 2018.

**FAILURE TO COMPLY WITH THIS ORDER MAY RESULT IN THE IMPOSITION OF SANCTIONS.**

IT IS SO ORDERED.

DATED: January 22, 2018

_____
NANCY J. KOPPE
United States Magistrate Judge