LEW BRANDON, JR., ESQ.
Nevada Bar No. 5880
MATTHEW WHITTAKER, ESQ.
Nevada Bar No. 13281
MORAN BRANDON BENDAVID MORAN
630 S. Fourth Street
Las Vegas, Nevada 89101
(702) 384-8424
(702) 384-6568 - *facsimile*
l.brandon@moranlawfirm.com
Attorneys for Defendant,
ALBERTSONS, LLC

UNITED STATES DISTRICT COURT
DISTRICT OF NEVADA

| | |
|---|---|
| EDNA CLARK, an individual,<br><br>　　Plaintiff,<br><br>v.<br><br>ALBERTSONS LLC; DOES 1 through 100; and ROE CORPORATIONS 101 through 200, inclusive,<br><br>　　Defendants. | CASE NO.: 2:17-cv-02186-RFB-NJK |

**STIPULATION AND ORDER**
**FOR DISMISSAL WITH PREJUDICE, LEAVING NO REMAINING PARTIES**

　　IT IS HEREBY STIPULATED AND AGREED TO by the undersigned that the above entitled matter be dismissed with prejudice, leaving no remaining parties, each party bear their

///
///
///
///
///
///
///
///

MORAN BRANDON
BENDAVID MORAN
ATTORNEYS AT LAW
630 SOUTH 4TH STREET
LAS VEGAS, NEVADA 89101
PHONE:(702) 384-8424
FAX: (702) 384-6568

Page 1 of 2

respective fees and costs incurred.

DATED this ___ day of April, 2018.

| BERNSTEIN & POISSON, LLC | MORAN BRANDON BENDAVID MORAN |
|---|---|
| *(signed)* #9986 | *(signed)* |
| **SCOTT L. POISSON, ESQ.** | **LEW BRANDON, JR., ESQ.** |
| Nevada Bar No. 10188 | Nevada Bar No. 5880 |
| **SEAN J. AKARI, ESQ.** | **MATTHEW WHITTAKER, ESQ.** |
| Nevada Bar No. 13300 | Nevada Bar No. 13281 |
| 320 S. Jones Blvd. | 630 S. Fourth Street |
| Las Vegas, Nevada 89107 | Las Vegas, Nevada 89101 |
| Attorneys for Plaintiff, | Attorneys for Defendant, |
| EDNA CLARK | ALBERTSONS, LLC |

**IT IS ORDERED** that the above entitled matter be dismissed with prejudice, leaving no remaining parties, each party bear their respective fees and costs incurred.

DATED this 4th day of April, 2018.

*(signed)*

_____
RICHARD F. BOULWARE, II
United States District Court

*Respectfully Submitted:*
**MORAN BRANDON BENDAVID MORAN**

*(signed)*

**LEW BRANDON, JR., ESQ.**
Nevada Bar No. 5880
**MATTHEW WHITTAKER, ESQ.**
Nevada Bar No. 13281
630 S. Fourth Street
Las Vegas, Nevada 89101
Attorneys for Defendant,
ALBERTSONS, LLC

MBBM
MORAN BRANDON
BENDAVID MORAN
ATTORNEYS AT LAW

630 SOUTH 4TH STREET
LAS VEGAS, NEVADA 89101
PHONE: (702) 384-8424
FAX: (702) 384-6568

Page 2 of 2